LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> vs. <br><br> PEGASUS MARBLE, INC., a Nevada corporation; and GAGIK ZARGARYAN, an individual, <br><br> Defendants. <br> _____/ | Case No. 2:19-cv-00362-GMN-CWH <br><br><br><br><br><br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [DOC. 1]** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective undersigned counsels that Defendants Pegasus Marble, Inc. and Gagik Zargaryan will have an additional 20 days from April 11, 2019 to **April 30, 2019** to Answer or otherwise respond to Plaintiffs' Complaint [Doc. 1]

DATED this 8th day of April, 2019.　　　　　　　DATED this 8th day of April, 2019.

LAW OFFICE OF DANIEL MARKS　　　　　　THE URBAN LAW FIRM

 */s/  Adam Levine, Esq.                       .*　　　　 */s/  Nathan R. Ring, Esq.                  .*
DANIEL MARKS, ESQ.　　　　　　　　　　　MICHAEL A. URBAN, ESQ.
Nevada State Bar No. 002003　　　　　　　　　Nevada State Bar No. 003875
office@danielmarks.net　　　　　　　　　　　murban@theurbanlawfinn.com
ADAM LEVINE, ESQ.　　　　　　　　　　　 NATHAN R. RING, ESQ.
Nevada State Bar No. 004673　　　　　　　　　Nevada State Bar No. 012078
alevine@danielmarks.net　　　　　　　　　　　nring@theurbanlawfirm.com
610 South Ninth Street　　　　　　　　　　　　4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89101　　　　　　　　　　 Las Vegas, Nevada 89103
(702) 386-0536: FAX (702) 386-6812　　　　　　(702) 968-8087; FAX (702) 968-8088
*Attorneys for Defendants*　　　　　　　　　　 *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES JUDGE

DATED this __10th__ day of April, 2019.