**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
          nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>PEGASUS MARBLE, INC., a Nevada corporation; and GAGIK ZARGARYAN, an individual,<br><br>Defendants. | CASE NO: 2:19-cv-00362-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STAY** |

/ / /

/ / /

1

Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE (hereinafter referred to collectively as "Plaintiffs"), by and through their counsel of record, The Urban Law Firm, and PEGASUS MARBLE, INC. and GAGIK ZARGARYAN (hereinafter referred to collectively as "Defendants"), by and through their counsel of record, Law Office of Daniel Marks, hereby stipulate to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss Third Claim and Motion to Stay through the date of May 28, 2019, which is a 20 day extension of the current deadline.

Defendants' Motion to Dismiss Third Claim and Motion to Stay were filed on April 24, 2019.  ECF Nos. 11-12.  The Plaintiffs' response is currently due May 8, 2019.

Due to travel schedule of Plaintiffs' counsel and prior scheduled court hearings in another state, Plaintiffs' counsel needs an extension of time—until May 28, 2019—to prepare the Plaintiffs' response to Defendants' Motion to Dismiss Third Claim and Motion to Stay.  Plaintiffs' counsel has conferred with Defendants' counsel and Defendants' counsel has stated that he agrees to the extension request.

This request is made in good faith and is not made for any improper purpose or to delay these proceedings.

/ / /

/ / /

| | |
|---|---|
| Dated: May 6, 2019 | **THE URBAN LAW FIRM** |
| | By: */s/ Nathan R. Ring* |
| | MICHAEL A. URBAN, Nevada Bar No. 3875 |
| | NATHAN R. RING, Nevada State Bar No. 12078 |
| | 4270 S. Decatur Blvd., Suite A-9 |
| | Las Vegas, Nevada 89103 |
| | *Counsel for Plaintiffs* |
| | |
| Dated: May 6, 2019 | LAW OFFICE OF DANIEL MARKS |
| | By: */s/ Adam Levine* |
| | DANIEL MARKS, Nevada State Bar No. 002003 |
| | office@danielmarks.net |
| | ADAM LEVINE, ESQ. |
| | Nevada State Bar No. 004673 |
| | alevine@danielmarks.net |
| | 610 South Ninth Street |
| | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Time, (ECF No. 13), is **GRANTED**.

DATED this __7__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT