| | |
|---|---|
| LAW OFFICE OF DANIEL MARKS<br>DANIEL MARKS, ESQ.<br>Nevada State Bar No. 002003<br>office@danielmarks.net<br>ADAM LEVINE, ESQ.<br>Nevada State Bar No. 004673<br>alevine@danielmarks.net<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702) 386-0536: FAX (702) 386-6812<br>*Attorneys for Defendants* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>PEGASUS MARBLE, INC., a Nevada corporation; and GAGIK ZARGARYAN, an individual,<br><br>    Defendants.<br>_____/ | Case No. 2:19-cv-00362-GMN-CWH<br><br><br><br><br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND TO STAY**<br>(Second Request) |

1

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective undersigned counsels to extend the time for Defendants to file their Reply to Plaintiffs' Response to Defendants' Motion to Dismiss [Doc. 11] and Motion to Stay [Doc. 12] from June 14, 2019 through and including **July 5, 2019**.

The parties have exchanged settlement proposals and it is anticipated that this matter is likely to resolve without the need to file a Reply. However, the fact that counsel for the Plaintiff has been out of the country on vacation, and will not return until Defendants' counsel has already left for his pre-scheduled summer vacation, has meant that any resolution will have to wait until counsel for both parties have an opportunity to speak. Counsel for the parties have conferred and have agreed to an additional three (3) week extension.

This request is made in good faith and is not made for any improper purpose or to delay these proceedings.

| | |
|---|---|
| DATED this 11th day of June, 2019. | DATED this 11th day of June, 2019. |
| LAW OFFICE OF DANIEL MARKS | THE URBAN LAW FIRM |
| /s/ Adam Levine, Esq. | /s/ Nathan R. Ring, Esq. |
| DANIEL MARKS, ESQ.<br>Nevada State Bar No. 002003<br>office@danielmarks.net<br>ADAM LEVINE, ESQ.<br>Nevada State Bar No. 004673<br>alevine@danielmarks.net<br>610 South Ninth Street<br>Las Vegas, Nevada 89101<br>(702) 386-0536: FAX (702) 386-6812<br>*Attorneys for Defendants* | MICHAEL A. URBAN, ESQ.<br>Nevada State Bar No. 003875<br>murban@theurbanlawfinn.com<br>NATHAN R. RING, ESQ.<br>Nevada State Bar No. 012078<br>nring@theurbanlawfirm.com<br>4270 S. Decatur Blvd., Suite A-9<br>Las Vegas, Nevada 89103<br>(702) 968-8087; FAX (702) 968-8088<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

DATED this ___15___ day of June, 2019.