**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail:     murban@theurbanlawfirm.com
             nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PEGASUS MARBLE, INC., a Nevada corporation; and GAGIK ZARGARYAN, an individual,<br><br>                    Defendants. | CASE NO: 2:19-cv-00362-GMN-CWH<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

1

1    Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND (hereinafter "BAC Trusts"); BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA (hereinafter "Local 13"); TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE (hereinafter "International Trusts") (hereinafter collectively as "Plaintiffs" or "Trust Funds"), by and through their counsel of record, The Urban Law Firm and Defendants, PEGASUS MARBLE, INC. and GAGIK ZARGARYAN (hereinafter collectively as "Defendants"), by and through their counsel of record, Law Office of Daniel Marks, hereby agree and stipulate subject to the approval and Order of the Court, as follows:

 1. A full and final settlement of the above-entitled action has been entered into and agreed to by the parties. Therefore, the parties request this action be dismissed without prejudice.

 2. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

 3. Each party to bear its own fees and costs.

DATED: August 7, 2019          **THE URBAN LAW FIRM**

                                                  */s/ Nathan R. Ring*
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
        nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

DATED: August 7, 2019          **LAW OFFICE OF DANIEL MARKS**

By: */s/ Daniel Marks*
Daniel Marks, Nevada State Bar No. 002003
Adam Levine, Nevada State Bar No. 004673
*Counsel for Defendants*

IT IS SO ORDERED.

DATED this __20__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3