1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   office@danielmarks.net
3  ADAM LEVINE, ESQ.
   Nevada State Bar No. 004673
4  alevine@danielmarks.net
   610 South Ninth Street
5  Las Vegas, Nevada 89101
   (702) 386-0536: FAX (702) 386-6812
6  *Attorneys for Defendants*

7                    IN THE UNITED STATES DISTRICT COURT

8                          FOR THE DISTRICT OF NEVADA

9

10 | TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, | Case No. 2:19-cv-00362-GMN-CWH |

Plaintiffs,

vs.

PEGASUS MARBLE, INC., a Nevada corporation; and GAGIK ZARGARYAN, an individual,

Defendants.
_____/

**JOINT STIPULATION AND PROPOSED ORDER TO DISMISS COMPLAINT FOR BREACH OF THE CONTRACT AND BREACH OF ERISA [DOC. 1] WITH PREJUDICE**

1

(

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective undersigned counsels to Dismiss Complaint for Breach of Contract and Breach of ERISA [Doc. 1] with Prejudice. With each party to bear their attorney's fees and costs incurred in this matter.

DATED this 18th day of March, 2020.                     DATED this 18th day of March, 2020.

LAW OFFICE OF DANIEL MARKS                    THE URBAN LAW FIRM

 /s/ Adam Levine, Esq.               .                        /s/ Nathan R. Ring, Esq.              .
DANIEL MARKS, ESQ.                                    MICHAEL A. URBAN, ESQ.
Nevada State Bar No. 002003                            Nevada State Bar No. 003875
office@danielmarks.net                                       murban@theurbanlawfinn.com
ADAM LEVINE, ESQ.                                       NATHAN R. RING, ESQ.
Nevada State Bar No. 004673                            Nevada State Bar No. 012078
alevine@danielmarks.net                                    nring@theurbanlawfirm.com
610 South Ninth Street                                       4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89103
(702) 386-0536: FAX (702) 386-6812               (702) 968-8087; FAX (702) 968-8088
*Attorneys for Defendants*                                  *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**
Dated this 25 day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court